508 A.2d 1186

COMMONWEALTH of Pennsylvania

v.

Stephen Quintin MORRIS, Petitioner.

Supreme Court of Pennsylvania.

April 16, 1986.

Petition for Allowance of Appeal GRANTED, No. 61 E.D. Appeal Docket 1985.